# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MONTORIO D. HARRIS, § <br> § <br> *Plaintiff*, § <br> v. § <br> § <br> LONGVIEW POLICE DEPARTMENT, § <br> *et al.*, § <br> § <br> *Defendants*. § | Case No. 6:19-CV-13-JDK-KNM |

## ORDER OF DISMISSAL WITH PREJUDICE

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1). All motions not previously ruled on are **DENIED**.

**So ordered and signed on this**
Apr 26, 2019

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE